UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CR00619 ERW |
| ) | |
| FOULAH SOW, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter comes before the Court on Motion to Travel Internationally [doc. #92] by Defendant Foulah Sow for the time period of May 6, 2009 to August 3, 2009, for the purpose of visiting with family and assisting with his father's estate.

Defendant was sentenced by this Court to a two-year term of Probation on June 2, 2008. Defendant's travel during this period is restricted to travel within this judicial district without prior permission from this Court and under the standards set forth by the United States Probation Office.

Government's counsel filed a Response to Defendant's Motion requesting that his Probation period be suspended during the period he is allowed to remain out of the country and unsupervised by U.S. Probation. A Telephone Conference was held with counsel for all parties on this date.

**IT IS HEREBY ORDERED** that Defendant's Motion to Travel Internationally [doc. #92] is **GRANTED** provided Defendant Sow provides to the United States Probation Office the exact dates of travel, address and phone number of the place and person Defendant will reside with during the travel period, and modes of transportation (if by bus or plane, flight arrangements/bus schedule).

**IT IS FURTHER ORDERED** that Defendant Sow's Sentence of a two-year term of Probation, be suspended during the dates he be allowed to remain out of the country.

So Ordered this __15th__ day of __April__, 2009.

_E. Richard Webber_
_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE